FILED

2025 Jan-21 PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

JAN 15 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**3:24-cr-356-LCB-HNJ**
**USA v. Angelica Maria Francisco**
**Court's Exhibit 1**

## SPECIAL CONDITIONS OF PROBATION/SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release. While on supervised release, the defendant shall comply with the standard conditions of supervised release of record in this court and the following special condition(s):

1. You must cooperate in the collection of DNA under the administrative supervision of the probation officer.

2. Upon completion of the term of imprisonment, you shall be remanded to the custody of the U.S. Marshals Service for surrender to an authorized Bureau of Immigration & Customs Enforcement official for deportation proceedings in accordance with the Immigration and Nationality Act. If you are not deported, you must report to the U.S. Probation Office within 72 hours of your release from custody. If deported, (a) the term of supervision shall be non-reporting while you reside outside the United States, (b) you must not reenter the United States without the express permission of the Secretary of Homeland Security, and (c) should you re-enter the United States within the term of supervised release, you must report to the nearest U.S. Probation Office within 72 hours of arrival.

Angelica M Francisco
Signature of Defendant

Signature of Attorney

1/15/25
Date